IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JACKIE MIZRAHI,<br><br>                Plaintiff,<br><br>    v.<br><br>CITIBANK,<br><br>                Defendant. | CIVIL ACTION NO. 3:17-CV-03298-PGS-LHG<br><br>**RECEIVED**<br><br>APR 18 2018<br><br>AT 8:30_____M<br>WILLIAM T. WALSH<br>CLERK |

**STIPULATION AND CONSENT ORDER**

      **THIS MATTER** having come before the Court by the agreement and upon the joint application of the parties; and Plaintiff Jackie Mizrahi ("Plaintiff") and Defendant Citibank, N.A. ("Defendant") having agreed, through their respective undersigned counsel, to enter into binding arbitration of Plaintiff's claims against Defendant; and good cause having been shown;

      **IT IS THIS** \_\_17\_\_ day of \_\_April\_\_, 2018 hereby

      **ORDERED** that Plaintiff and Defendant are to submit their dispute to arbitration with the American Arbitration Association in accordance with the parties' written agreement(s) to arbitrate; and it is further

      **ORDERED** that Plaintiff's claims in the above-captioned matter are stayed pending resolution of his claims in arbitration; and it is further

      **ORDERED** that this matter is hereby administratively terminated.

      **IT IS SO ORDERED.**

                                                /s/ Peter M Sheridan
                                                United States District Court Judge

The undersigned counsel hereby consent to the substance and form of this Order, and to its immediate entry upon the docket.

| | |
|---|---|
| /s/ Edward Geller | /s/ William P. Reiley |
| Edward B. Geller, Esq. | William P. Reiley, Esquire |
| M. Harvey Rephen & Associates, P.C. | BALLARD SPAHR LLP |
| 15 Landing Way | 210 Lake Drive East, Suite 200 |
| Bronx, NY 10464 | Cherry Hill, New Jersey 08002 |
| T: 914.473.6783 | T: 856.761.3400 |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| | |
| Dated: January 29, 2018 | Dated: January 29, 2018 |